**JOHN HOLLIDAY** *versus* **JOHN HULBERT.**

PAPERS IN FILE (1834): (1) Affidavit, petition, and precipe for writ of error; allocatur.

**ELIJAH COOPER** *versus* **WARREN SPAULDING.**

PAPERS IN FILE (1835): (1) Affidavit and petition for certiorari, allocatur.

**DAVID HAMILTON** *versus* **DAVID E. BROWN.**

PAPERS IN FILE (1835): (1) Affidavit and petition for certiorari, allocatur.
*1824–36 Calendar*, MS p. 237.

**SALMON CHAMPION, JR., FOR THE USE OF MARCUS LANE,** *versus* **JOHN GILBERT AND HIRAM BURNHAM.**

PAPERS IN FILE (1835): (1) Affidavit, petition, and precipe for certiorari; allocatur; (2) writ of certiorari and copy of affidavit; (3) return to certiorari.
*1824–36 Calendar*, MS p. 239.